Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

9th circuit District of Arizona

PHOENIX Division

FILED ☑ LODGED ☐
RECEIVED ☐ COPY ☐

AUG 2 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Lawrence Seidman

_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*
-v-

State of Arizona et. al. see attached

_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

CV-23-1768-PHX-CDB

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I.    **The Parties to This Complaint**

A.    **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| Name | Lawrence Seidman | | |
|------|------------------|---|---|
| Address | 11378 N. 129th Way | | |
| | Scottsdale | Arizona | 85259 |
| | *City* | *State* | *Zip Code* |
| County | Maricopa | | |
| Telephone Number | 480-443-0598 | | |
| E-Mail Address | elltees@cox.net | | |

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| Name | see attached    pq 7 | | |
|------|---------------------|---|---|
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☒ Official capacity

Defendant No. 2

| Name | | | |
|------|---|---|---|
| Job or Title *(if known)* | | | |
| Address | | | |
| | *City* | *State* | *Zip Code* |
| County | | | |
| Telephone Number | | | |
| E-Mail Address *(if known)* | | | |

☐ Individual capacity    ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Address

| | City | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Address

| | City | State | Zip Code |

County

Telephone Number

E-Mail Address *(if known)*

☐ Individual capacity     ☒ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st and 14th amendments, 28 US 1343, 42 US 1985, 18 US 241 18 US 242, 42 US 1983 18 US 1113

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

SEE ATTACHED ETIOLOGY OF EVENTS and each actor-agent-agency behaviors made them an accessory/accomplice after the fact, to ARS 44-1522, ARS 13-2310, ARS 38-311, ARS 38-443, ARS 13-100 ARS 13-1103    pqs  8-31

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

Scottsdale / Phoenix Arizona

B.   What date and approximate time did the events giving rise to your claim(s) occur?

January 2014

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

SEE ATTACHED ETIOLOGY OF EVENTS.......Although it may seem like an "argument", and I will use it in court to prove my assertions about the corrupt judiciary, is the added section titled ENGLISH 101. It explains/answers exactly who did what, and how, by members of the judiciary, to benefit the "protected industry" defendants,....the election campaign financiers, who put most ot them ( AG's , Governors, County atty's,Mayors, City and county council members, in office..

pqs  8-31  AND  32-50

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have an auto-immune disease, the physical dysfunction and pain levels of such are, thanks to the 10 years of events stated in section titled STATEMENT OF CLAIM- ETIOLOGY OF EVENTS, causing much elevated levels of pain and  motor skill impairment, and now paired with what has become a chronic sleep disorder, with elevated levels of blood pressure neccessitating medication, whenever I think of what has been done to me, child, other dependants, a daily event, so, as a result of actions/events of State, County, City actor-agent-agencies, I have had to become good friends with a variety opiate derivatives. and blood pressure medication.

TREATMENT: The most common used medications have historically had negative effects, so I am limited to maximum dosages of NSAIDS, although following the spinal surgury, can't take that medication or other steroidal meds for 180 days.....and with the last 10 years experiences, now with the added opiates., and of course the Losarten for blood pressure, and of course, anti-depressants.

The result of the conditions-events causing elevated levels of stress, is that I cannot sit for lengthy periods of time, nor use hands and fingers to type, and it has taken me weeks to type the ETIOLOGY OF EVENTS, which, because I cannot type-sit-move for very long, please allow me, that I have combined sections II-B, II-D, III, III-C in one single narrative.

## V.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

that  SEE ATTACHED   pgs   51 - 61

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   08 | 23 | 23

Signature of Plaintiff

Printed Name of Plaintiff   Lawrence Seidman

### B.   For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    08/23/23

Signature of Plaintiff

Printed Name of Plaintiff    Lawrence Seidman

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address

1

DEFENDANTS

2

3
Attorneys General                    Can't get address on any government people

4
Tom Horne

5
Mark Brnovich

6
Kris Mayes

7

8

9
Governor

10
Doug Ducey

11
Kaity Hobbs

12

13
Maricopa county Attorney

14
~~Allister Adel~~

15
Rachel Mitchell

16

17
Superior Court Judge

18
Dawn Bergin

19

20
Appeals Court Judges

21
David D. Weinzweig

22
Kent E. Catani

23
James P. Beene

24

25
State Of Arizona

26

27

28

7

STATEMENT OF CLAIM---ETIOLOGY OF EVENTS

**PREFACE**

Section # 1 is the causative "trigger" event necessitating Federal Court action, as the after effects of "cover-up" to benefit a "protected industry" defendant involved multiple actor-agents-agencies of State, County, City,  a most corrupt judiciary, all actors-agencies violating/denying civil rights to Plaintiff under 28 US 1343, 42 US 1985, 42 US 1986, 42 US 1983, 18 US 241, 18 US 1113, 14th amendment, 1st amendment. In future referencing, codes will be abbreviated to last numbers following US, e.g.: 1343, 1983 etc., and amendments will be US-1 & US-14. Although not applicable to this court, but necessary to give a complete illustration of the conspiratorial corruption as an actual policy of State. Violations of rights & entitlements guaranteed by  Arizona ( hereafter AZ) Constitution Article #,  as AZ-#, and AZ laws are all ARS and #__.**we ask for  trial by jury.**

Because the issue of Language in the courts AZ-28, US-1st US-14th is both subtle and critical to the entirety of the "forced" civil action in the face of State actor-agents refusing to enforce law, and the outcomes necessitating this action , although no legal argument is to be attached to the complaint, I will attach a narrative excerpted from the "argument" evidence, to make absolutely clear the denial and violation of US-1st & 14th and AZ-28 rights and guarantees was perpetrated by 11 members of State judiciary as a planned action......the same

infestations which would cause the death of Petitioners  minor child, with a history, from birth, of medical respiratory weakness-difficulties-risk. The home seller and his agents, created a false property description, refused to disclose longstanding multiple ongoing deteriorative conditions which allowed flooding of the property during the yearly seasonal rains, leakage into and through the roof and ceilings allowing a rotting of vertical and horizontal roof support structures, which would  lead to eventual, certain, roof collapse, and that certain interior walls had necessarily been replaced prior to marketing the property as they had rotted through due to the regular and repetitive water incursions, and that the walls and ceiling-roof structures were rife with mold, and plumbing sections within the house were corroded through, leaking, and had been cosmetically camouflaged....and that no actual repairs had ever been made to the property.

**1 a**

Petitioner purchased and began his cosmetic changes in April 2013, and Within 90 days of purchase, in the first seasonal rains of July 28th 2013, flooding occurred, water running from ceilings and pooling on floor, sunken living room filling as water seeped through house-foundation joints, walls filled with water, and flooding in backyard entered kitchen over the raised back door threshold. During the 90 days prior, Plaintiff had, in making the planned cosmetic changes, come across multiple undisclosed damages, deterioration of structure, undisclosed

9

modified electrical system changes, all of which had to be repaired so the planned cosmetic changes of paint, stain, baseboard, carpeting, bookcases, built in office desk, and such could be initiated and completed. Irrefutable proof of fraud in property description appeared as the seller-owner, under coaching from his agents, lied not less than 21 times on the mandatory Seller Property Disclosure Statement, refused to disclose any necessary actions to the property to cover up blatant long standing and re-occurring damage., altered electrical wiring and other ( unsafe changes) to...make it "look saleable", and that the entirety of the public advertisement and realty-sales documents in MLS, and handout documents describing the property condition and maintenance actions was a complete fabrication.

**1 b**

( **Note/events out of sequence**: When plaintiff filed a complaint to  Attorney General ( hereafter AG ) Horne, under the criteria of the Arizona Consumer Fraud Protection Act,( hereafter ACFPA )  in correspondence between seller-agents and the AG, seller agents report spending "hours" briefing and evaluating the owner-seller to make sure he was "our kind of client", and notes the "coaching" of the owner-seller on how to fill out the property disclosure forms and combined efforts to create an accurate description of the property. HOWEVER, in civil court action, under the "wink-wink" of Superior court judge, the sale agents-broker, in

1
2
3
4
5
6
7
8
9
10
11
12
13

deposition, claimed they had no knowledge of the property condition, and entirety of the property description used in MLS and any public advertisements was nothing more than a .. 532 letter, 99 word " Grammatical error"., i.e., a fabrication...and that agent/broker had no idea how the wording in the format it was written in, was created, that the agent-broker took no action to verify any of the possible representations of owner-seller.....ergo: He made it up. False advertising. Fraud. With that statement, he confessed to violating three applicable Arizona Statutes, noted below, and initiated the attempted murder of my child....as follows:

14
15

**1 c**

16
17
18
19
20
21
22
23
24
25

Before purchase, Petitioner discussed and questioned in detail, sellers/ sellers agent-broker, property representations-of-condition, informing them of his   concern about any prior leaks, roof damage-repairs, and deadly mold from prior roof leaks, flooding, ongoing water incursions, because Petitioners' daughter suffered   medical /respiratory/ asthmatic condition from birth. For daughter, Damp + Mold + Asthma = death. (Journal of Allergy and Clinical Immunology 95:1995-61)

26
27
28

**1 d**

\ \

Perpetrators **assured** Petitioner, with a goal of sales contract signature by petitioner, so $ could be gained, that roof, walls, house, were **without undisclosed damage** or **repairs**, **had** a **5 year new roof, no active leaks, events of flooding**, **no form of mold, rot, or structural/material defect, deterioration ... ever**.....to cause harm or death of Plaintiffs' child. ..Because seller and seller agent knew that the description of the property condition was a fabrication, it makes this case felony-fraud-SCIENTER. Scienter because the sellers-agents knew that the actual property condition would cause the death of the plaintiffs child through "slow poison" effect of the mold and dampness. That is "attempted voluntary manslaughter/attempted murder" (18 US 1113 ) merely to gain signature of buyer on sales contract. Without realizing, Perpetrators confessed to such in deposition...and the knowing and volitional commission of Felony Fraud Scienter. This **confirmed by sellers, sellers' agents/brokers, buyers agent, in writing** via publication guarantying    veracity of any representation of property condition under   clear, stringent directives and demands of three Arizona laws/codes, to wit:

1 e

**ACC R-4 28-502 ( C) ( G),** written specifically for the realty industry, **ARS 13-2310 and ARS 44-1522,** written for everyone in State**: highlighted important words**

2

**LAW #1  ACC R-4 28-502- ( C ) & (G),  STATES:**

"**C.**) A **salesperson** or **broker shall ensure** that **all advertising contains accurate claims** and **representations,** and **fully    states factual material** relating to the information **advertised.**  A  salesperson or broker **shall not misrepresent the facts or create misleading impressions.**

**G.**) The designated **broker** shall **supervise all advertising, for real estate,** cemetery, or membership camping, **brokerage services.**"

**ERGO: If it is written, then it is FACT, confirms veracity of**

**property condition, or else:**

**LAW #2 : A.R.S. 13-2310,  WHICH STATES:**

**Any person** who, **pursuant to** a **scheme** or **artifice** (MLS LISTING, ADVERTISING FLYER HAND-OUTS, SPDS)  to **defraud, knowingly obtains** any **benefit ( $ ) by** means of **false** or **fraudulent pretense**s,          **representations**, promises or **material omissions** is **guilty** of a **class 2 felony.,**...

**ERGO:  IF WHATS WRIT AIN'T SO, IT'S FELONY FRAUD**

**ARS 44-1522,** ( hereafter ACFPA) the **Arizona Consumer Fraud Protection Act.**

Unlawful practices; intended interpretation of provisions

A. The **act, use** or employment by **any person** of **any deception, deceptive** or unfair **act** or practice, **fraud, false pretense,** false promise, **misrepresentation,** or concealment, suppression or omission of any material fact with intent that others rely on such concealment, suppression or omission, in connection with the sale or advertisement of any merchandise whether or not any person has in fact been misled, deceived or damaged thereby, is declared to be an unlawful practice.

B. The violation of chapter 9, article 16 or chapter 19, article 1 of this title is declared to be an unlawful practice and subject to enforcement under this article.

13

**Please remember these three State code-statutes..**

**1 f**

Owner-seller in deposition, stated , totally "aghast" with outrage and contempt and surprise, that he should  be expected to disclose any "work" performed on the property to make it "saleable". Of course, such refusal to make any such disclosures is a direct violation on contractual obligations ( Breach of contract ) clearly stated  in the standard Arizona Property Sales contract. , and falls under the ACFPA and ARS 13-2310 )

**1 g**

Plaintiff-buyer, in keeping with the mandated sales contract obligations, initiated ADR actions, however, seller lied in his presentation –defense, and lied in an excuse. Sent by email to mediator, to justify refusal to complete mandatory ADR.

**2**

In March of 2014, I contacted Governor Brewer, inquiring as to who it is that actually enforces the Fraud laws. She responded on 03/16/14 informing me to contact the AG, and/or, the Civil Rights Division of the AG Office.    1986 violation...because..... everyone knows Governors have absolute control of any subordinate State actor-agent-agency and can make or destroy careers of

14

"subordinates" at whim, so, simply, a phone call is made.....and, action then corrective occurs. However, she said ."Not my job", and referred me to AG Horne.

**3**

**THE CONSPIRACY TO DENY/VIOLATE CIVIL RIGHTS BEGINS WITH ACTS OF ATTORNEY GENERAL** (hereafter AG) **HORNE** ( 1343, 1985, 1983, 241, 1986 , US-14th,  AZ 2.1 et seq.

In January 2014, I contacted Attorney General Horne, to which he responded on 02/10/14....first of many responses.....with his apparently standard

> *"we get 1000's of these complaints every year..doesn't effect enough*
> *people to be important enough for us to take action"*.....

HOWEVER, I continued to contact, demand answers, demand action...The AG's office did, responding to initial complaint in mid 2014, lead plaintiff to believe he would enforce the AZ Consumer Fraud Protection Act, asking first, however, for permission to disclose Petitioners name identification...to be used in a public "kill list" beneficial for Horne re-election campaign....which would end up disclosure of daughter identification information, to the public. Aware of the dangers of such, Petitioner declined, after which AG Horne began a campaign of lies to petitioner, to excuse his refusal to enforce AZ law ARS 44-1522/13-2310.  Beginning basis of an ongoing campaign of civil rights violations by State,

15

County, City actor-agents to prevent Plaintiff from any form of redress against seller et. al  perpetrators of realty fraud scheme( 1343, 1985, 241, 1983 US-14th). AG Horne used many excuses. e.g. : A) We cannot take any action against an individual. A lie. B) We can only take action against businesses. A lie. HOWEVER, Plaintiff re-filed all necessary forms for complaint against the sellers-agent business, as directed. C ) We cannot act as your personal attorney. Plaintiff never asked for such. D) We get thousands of these cases every year and they don't effect enough of the population for us to take any action. A lie, Horne prosecutes cases against individuals. E ) After reading Perpetrator seller-agents responses to his (AG) questions, no fraud action would be taken.

Plaintiff has all the correspondence, mail and email correspondence supporting such. However. AG Horne takes action for fraud against BOTH individuals, and businesses,  etc., where the number of persons victimized by the fraud range from one (1) person, through 100 persons in a single year, and, the perpetrators of such fraud run from individuals, spouses of individuals, universities, many assorted businesses, including OTHER real estate organizations. Yes, cases all over the internet. So, US-14th , 1983, and 1343, 1985, 241, 1986 . After citing to the AG in multiple correspondence, the wording on his website....the website suddenly changed to new wording.

**ARIZONA REAL ESTATE COMMISSIONER LOWE, PSYCHIC OR LIAR?**

I filed a formal complaint with AZ real estate commissioner Judy Lowe on July 4th 2014. In the complaint I noted the willful misrepresentations of property condition description, precedent court cases, etc. I received a response dated August 8th 2014, wherein the realty commissioners "senior investigator", who, using wording to devalue my claim, informed me that they had *"investigated"* my claim, and found that the selling realtor-broker agents, had no knowledge of the property defects, and thus, insufficient evidence to prove a violation of department rule or state statute, and thus, the case will be closed, and, may not be appealed. To make such a determination, the Realty Commissioner ignored the issues of the fake-fraudulent-fabricated property condition description, and the information/attestations made by agent-brokers to the AG where they describe how they spent hours "coaching" and jointly creating the property description fabrication. ( 1343, 1985, 1986, 1983 ) ....and through apparent psychic powers, were able to carry out their investigation without ever examining the crime scene, documents created by agent-brokers, false advertising, fabricated property condition descriptions, and of course, the three critical laws applicable ( ACC R4 28- 502( C)&(G), ARS 44-1522, ARS 13-2310 ) which specify that all statements of description or disclosure must be fact, or, it is Felony Fraud, and, even though agent-broker education has focus

17

1    on fraud and avoiding fraud, claimed that the Realty Commissioner had no

2
3    jurisdiction to investigate of prove a violation of Statute of Department Rule.

4    HOWEVER, such statement is a lie, confirmed a lie by reading ACC R4 28 502(

5
6    C) & (G), and, newsletters etc. sent to realty industry members warning of

7    danger of fraud by false property condition representations, because by law,

8
9    the realtor-broker does not need to know of anything except, everything he

10   describes in his property description.

11

12                                      **5**

13   ## CITY OF SCOTTSDALE POLICE DEPARTMENT

14

15   By November 2014, Plaintiff contacted Scottsdale Police, to file criminal

16
17   complaint. Plaintiff received a response from the financial crimes unit

18   December 1st 2014 stating that: They ....the police financial/fraud crimes

19
20   unit.....cannot investigate, act on, enforce law, on felony fraud in real estate

21   transactions. At that time Plaintiff was told:

22
23   *"investigation and prosecution, say it's belongs to the AG, after a referral from*
     *the commissioner. And then the AG will determine if it gets investigated .. since*
24   *both commissioner and AG deemed it non-criminal and no fault for the*
25   *broker/realtor."*

26   (signed) Joel

27                                      **6**

28

                                       18

*"That the AG and Commissioner deem it a civil case, NOT a criminal case at all, with no fault for the realtor-broker"...,*

....even though the realtor-broker violated the three laws/code noted above when creating fake property condition description and posted in/as public advertisements. HOWEVER, what he is saying, was actually an excuse for refusal to enforce the law, made popular in the Nuremburg legal festivities of 1946-1948:... "Ich folge nur Befehlen",..... which of course is a violation of Oath of Office (ARS 38-311/38-443 ), and joinders the Scottsdale PD in planned and agreed upon Civil rights violations, ( US-14th , 1343, 1985, 1986, 242, 1983) as well as knowingly violating AZ constitution article 2.1 et.seq.

**7**

Clearly, even a brain damaged chipmunk would know that such a conspiratorial goal ...and inevitable outcome..... of civil rights denials would cause "injury" to plaintiff. We now have three agent-agency-actors working in conspiracy whose years of experience knew the result of their behaviors......and **Volitional Behavior is always the final arbiter of intent**., and it is irrefutable.

**8**

On January 28th 2015 I wrote to Governor Ducey, explained my plight, actor-agents under his "command" refusing to enforce the law. I received a response

19

dated March 12th 2015, wherein he states ...I'm paraphrasing here for brevity.........that he is just a Governor, helpless in ability to make a telephone call to the AG, to contact police, county atty...anyone, to initiate a criminal investigation or take any action at all. Poor Governor ! sooo helpless. The same guy that it appears.. just quoting newscasts here......sold Arizona citizens water rights to an enemy nation ruler, while cities in Arizona have 0 (zero) water to sustain life. 1986, 1343, 1985, 1983, 242 , US-14th, AZ-2.1 et seq. Helpless !

**9**

I contacted new AG Brnovich, same complaint of criminal acts by initial perpetrators and asking for law enforcement. Enforce the Arizona Consumer Fraud Protection Act, by then ARS 13-2310, maybe take action on attempted murder of my child, which both Horne and Brnovich claim to do. He began his response dated May 1st 2015, acknowledging my letter, the criminal act, but, Immediately went into a story about how the State of Arizona and the AG office is pretty much bankrupt. I responded stating that I, would pay $ 10.00- 25.00 to cover an investigators cost of fuel, from downtown Phoenix to my house, had copies of evidence, blah, blah, etc. After such, he began the litany of lies as initiated by AG Horne.....same excuses. (1986, 1343, 1985, 1983, 242,) HOWEVER.....

**10**

.....between 2013 and end of 2014, AG Horne reports over 100 actions against both individual and businesses. AG Brnovich in 2015, reports more than 75 actions against individuals or businesses......actions in which the State, his office, takes a piece of the settlement. Indeed, AG Horne reports the same...turning a profit on settlement, from the recompense paid to victims. OF NOTE, between 2013 and 2016, while both AG's comment on a minimum of 2,000 report-complaint-charges of fraud per year in a real estate transaction, neither AG has ever (that we could find) filed charges against the realty industry practitioners for fraud in home sales. SO, US-14th, 1343, 1985, 242 , 1986, 1983.

**11**

In the midst of all, I contacted Scottsdale Mayor Lane on March 17, 2014, explained all about the Scottsdale Police, and their refusal to enforce the law could be corrected with a phone call. He never bothered to respond. 1986, 1343,1985,

**12**

Having been denied the same rights by numerous actor-agents of both City, and State, I was forced into a civil litigation event. Initiated in 2015.

**13**

21

**SUPERIOR COURT ( Supcrt) BERGIN, QUEEN OF US-1ST & 14TH VIOLATIONS.**

In the first live-in-court event.......

, "Supcrt" judge Bergin first entered the courtroom, noting aloud that :

> *" Ahhhh, case is about fraud and refusal to make
> contract mandated property disclosures"*,

and commented, with snort and chuckle............

> , "well, *If I was selling my house and noted some damage in the wall,
> would patch it and paint it and I would not disclose the damage. "*,

Necessitating immediate recusal. Judge Bergin refused.

Yes, affidavits ! ( 28 US 144)

## 14

The Bergin statements said aloud.....with snorts and chuckles... in court,
served as *"wink-wink"* to defendants, Clearly fits bias, abuse of office, and portends
inevitable *"FRAUD UPON THE COURT"* ( Rule 60) hence, violation of the 14th
amendments and "due process" clause of   Constitution and State code
necessitating mandatory recusal. Bergin refused recusal. Judge also made clear
directions to defendants, telling them what to make objections to, and even
suggested the wording to use. In response to comments from my attorney, Bergin
asked that all litigation participants write a paper stating if they thought she abused
her "powers" the way she conducted court. HOWEVER, only the defendants, clearly

22

to benefit from her opening comments made with snorts and chuckle, were allowed to write such a paper. Plaintiff was denied that opportunity. US-14[th] ! Most interesting, when a copy of the audio file....and the transcript were obtained...they had more "hops" and "skips" than Carter has pills....and many of her comments had been edited out. Thus, written transcript of oral actions was also edited...of course, that's what that switch somewhere...to shut off recording when....convenient. Judge tampering with evidence.

15

The Supcrt Judge Bergin, partner in a national law firm ( Lewis and Roca ) whose clientele industry included the realty industry actually made up two defenses for the defendants.  #1  ) Laughingly, threw out the charge of Breach Of Contract....HOWEVER in a case one year prior (2014 (Neilson V Star  CV 2014-070001 2014)  she ruled:

" A contract must be performed according to its terms and any  modification
of those terms must be made by mutual assent and for consideration "

The specifics of the contract obligations called for disclosure of any and all damage, history of all damage repairs, existing variables which would affect property ( flooding during rain) dispute settlement by ADR, honest and accurate representation of property condition. HOWEVER, with Judge Bergins' opening comments, she made it clear that breaching the contract obligations would not be

23

considered. The differences Plaintiffs case for breach, and the 2014 case for breach? The 2014 had no realty industry clients. Plaintiff case had defendants from judges law firm clientele industry....the realty industry. IN keeping with the policies of two AG's, one Commissioner, One police Department, one Governor, Supcrt Judge now makes 6 (six) "confederates"  under and violating: 1343, 1985, 1986, 1983, 242, US-14th, and now adding US-1st.

### 16

Defense #2 ) Judge Bergin changed the definitions and meaning of the English "Parts of Speech", (US-1st, AZ-28), by calling VERBS, which are words of fact, or, not fact....Adverbs,.... and Adverbs/adjectives, which are words of opinion, words of fact. Such an action denied Plaintiff the ability to add-to, support, participate, assist, or understand nuances of his case, as English was not being used as the language of the Court, and neither warning by the judge, nor translator was provided before the case reached the stage of "arguments" in court.

By doing such, congruent with prior clientele industry participants statements, all fraudulent representations were dismissed as "puffery", hence, no fraud at all. She ruled in favor of defendants with summary judgement. In August 11th 2017

### 17

Plaintiffs attorney moved for...whatever...reconsideration, as it was only just prior to Supcrt ruling that defendants finally agreed to sit for deposition, and with the

24

confessions in deposition, court overruled Plaintiffs motion to supplement in court on December 5th, and stood by summary judgements for benefit of defendants.

HOWEVER, to rule such, she refused to acknowledge the confessions of the sellers' broker-realtors (2) when they said it the entire description of property condition was all "grammatical error." i.e., 532 alphabet letters, making up a 99 word property description...a grammatical error..Ergo: They made it up. Hence, the three laws identified in paragraph 1e , i.e. FELONY FRAUD, and, the owner-sellers' statement that he felt he should not have to disclose any/all the work/fix/patch-up he did on the property to make it "saleable". Ergo, seller lied on Seller Property Disclosure form, refused disclosure on critical issues, thus, Breach Of Contract, and felony fraud. US-14th, US-1st, 1343, 1985, 242, 1983, ARS 38-311 & 38-443

**18**

Plaintiff filed an Appeals Court (hereafter Apcrt) action in March 12th 2019, complete with affidavits, citing bias from judges "chuckle and a snort" opening comments, US-14th violations, edited oral and transcript records of in court arguments, defendants refusal to make contract obligated disclosures, and asked a 90-120 day delay in continuing oral arguments so that an Unedited transcript might be obtained. Such motion was denied, filed date of March 14th, and orals set for eight (8) days hence. Thus allowing no time to examine, research, and uncover the

1  cause/reason for the discrepancy between the judges comments....there were

2
   many....and the oral/transcribed record and other issues.
3

4                                        **19**

5   Bias and immediate recusal. Apcrt  Judge David Weinzweig, was a partner in the
6
7   same national law firm as was Supcrt judge Bergin, (Lewis and Roca) it appears,

8   together, at the same time and both spent years there as attorney/associate before
9
    becoming partners.
10

11                                       **20**

12  The Supcrt judges case on Breach Of Contract in 2014, was appealed ( Neilson V
13
14  Star  CV 2014-070001 (2014) / No. 1 CA-CV 17-0145 (2018) and on the

15  Appeals court was Judge David Weinzweig. In Plaintiffs case, both Judge
16
17  Bergin, and Weinzweig et. al...ruled opposite the ruling they made in

18  Neilson v Star....

19
       " A contract must be performed according to its terms and any
20
          modification of those terms must be made by mutual assent
21        and for consideration "

22
23  Stating there was no breach of contract. 1343, 1985, 242,1983, US-14th

24

25                                        21

26  During the oral arguments in the Apcrt, Plaintiffs atty was questioned,
27
28  interrupted with the repetitive re-phrased questions every 65 to 120

                                         26

1  seconds in a sadly, successful, attempt to confuse him, and deny him the
2
3  ability under court time constraints to actually present Plaintiffs case
4  with appropriate legal details. US-14th, 1343, 1985, 242, 241, 1983
5
## 22
6
7  Before defendants began their case arguments, the Apcrt clearly stated"
8       " We will not interrupt your presentation with questions or comments.
9         We will hold all questions until you are through with presentation
10        So you can put on a completed case statement"
11
12       ( I'm going from memory, didn't want to sit through the whole recording
         For verbatim....worst...couple words off )
13
14  Yes, after learning that Judges ( Bergin)  could shut off recording whenever she
15  wanted to make commentary whish would prove her bias, I brought my little digital
16
17  recorder to the Apcrt, and recorded the entirety of the Apcrt shenanigans. To play
18  to a jury. Hence, US-14th 1343, 1985,241,242 ARS 38-311/38-443
19
## 23
20
21  The Arcrt "mandate", key sections in the Language education document attached
22  at end, continued to support/uphold the corruption in the misuse/mislabeling of
23
24  the English Parts Of Speech, so that their ruling exactly supports and mimic's Supcrt
25  ruling, and, with the same findings beneficial to defendants. US-1st, US-14th, 1343,
26
27  1985, 1983, 241, 242, 455, ARS 38-311/38-443.
28
## 24

27

Plaintiffs atty motioned the AZ Supreme Court (hereafter Suprms) who refused response until November 11, 2019. The Suprms denied review. Supcrt and Apcrt rulings/mandates/judgements are stamped NOT FOR PUBLICATION, HOWEVER, AZ Suprms rulings are publishable. IF Suprms reviewed, they would either have to overturn lower courts for civil rights violations, codes and numbers above, language issues, and such corrupt acts by Bergin, but everyone who did read the case would know that the Suprms supported the same English Language (US-1st and 14th) manipulation initiated by the Supcrt and endorsed by the Apcrt, OR, the State of AZ employed LEP judges. SO, 1st, 14th, 1343, 1985, 1986, 1983, 241,242, and ARS 38-311/38-443.

**25**

Irrefutably confirmed by volitional behavior, the Judiciary involved ( 11 judges) violated the AZ Judgy canon of ethics #'s: 1.1, 2.2, 2.3, 2.5, 2.6, 2.7, 2.11.

**26**

Without ability to afford continued atty service, Petitioner filed several motions, for review, with English fluent court, etc. When attempting to serve motion on Suprms, they refused to accept motion, directed Plaintiff back to Apcrt. Apcrt accepted one on January 13, 2020. Never responded. Having to make a second trip to court on January 17th, Plaintiff was now directed to a "special" judge Timothy Tomlinson, HOWEVER, Plaintiff was directed to a courthouse of sorts

28

approximately 35 miles from the Apcrt/Suprms. The court Plaintiff was sent to was a Supcrt only, and so motions were filed, stamped received on January 17th. For a "stay" until honest review by Suprms would ensue. Meanwhile a "denied" notice was sent citing a motion dated Jan 15th???. Denied. The last motion to Suprms delivered, again to Tomlinson Court...received no response for 14 months. Yes, motion for an honest court, Fluent in English and AZ law to review/re-hear was "sat-on" for 14 months, and was sent by Tomlinson, Not to the Suprms, but to the Apcrt, who sent a denial dated March, 4, 2021. The denial stated, because the Apcrt had issued Mandate in 12/2019, that they, The Apcrt, had no jurisdiction. 14 months. AND, although all Plaintiffs identification, was on all forms and motions, the Apcrt refused to send notification to Plaintiff. Instead, they sent the notification to the law firm that had no longer been representing me since 11/2019, and, was no longer in business/ closed since 2019.

**27**

This is getting too long, so just to say, Between 11/2019 and 07/27/23, I contacted Governor Ducey twice, with attachments-evidence, laid out the entirety of all issues, same for : Scottsdale Mayor Ortega, Scottsdale City Council, Governor Hobbs three times with multiple attachments, Scottsdale City Atty, Maricopa Board of Supervisors, Maricopa County Atty's Adel and Mitchell six times, as per their Oaths of Office and Job Title or Job description, their jurisdiction-powers extend to

29

the issues described above, by order or by threat. AND, again, Scottsdale Police Chief  Walther, who directed to me a call from SGT. Joel Lewis of the financial crimes division of the Scottsdale police department, with whom I had spoken back in 2014.. Maricopa County Atty's REFUSED to enforce laws referenced above, same for Scottsdale atty, and after much nudging.....Joel Lewis informed that:

## 28

1 ) They...he, the PD, were ORDERED to REFUSE investigation of the felony fraud in realty sales.

2 ) I should make a formal complaint ( again) to the Scottsdale PD, mention his name, and that way I'd have a case number for my records. HOWEVER, I should insist on sending my own version of events, because what the PD wrote down would be something totally different, and after the complaint was complete it would be immediately marked UNFOUNDED.

## 29

The officer that took my complaint by phone refused...REFUSED to allow me to send in "my version" of events, and when I asked for a copy or the report on PD form papers, and received such....it was a whole different kind of issue....so, with all actor-agents-agencies involved, we're looking at about 19 individuals, who acted in concert to deny and/or violate my : US-14th, US-1st, amendments as well as action under 1343, 1985, 241, 242, 1986, 1983, 455, and of course, ARS 38-311/38-443.

Most interesting, the Scottsdale police chief referred the issue to Internal Affairs, to do a report on SGT Lewis....nothing about my criminal complaint....they just wanted a paper record to show that they found Lewis had made no "inappropriate " actions or corruption. The fact that under orders from two AG's to refuse investigation, a violation of Oath of Office, wasn't considered worth a comment by internal affairs.

**30**

Lastly, AG Mayes, whom I contacted multiple times since her election, refused to acknowledge any of the civil rights denials/violations or in any way enforce the appropriate laws which would have ended this exercise. Instead, when served with Notice Of Claim, which had in the body of the narrative, not less than three different ways to create a mutual resolve in which the State would suffer no financial loss, and Plaintiff would be "made whole". This was ignored. 1986, 1343, 1985, 1983.

Thank you for your indulgence

Signed 08/ 2 3    2023

Lawrence Seidman

31

This add-on section is/shows the mechanics of the judges alterations of the English Language, to de-criminalize felony fraud, to benefit "protected industry" members.

We only cite/quote 2 sections of the Appeals Court mandate, however.....there are many other sections where they do identical and/or similar reasoning's, and Do not give weight to the confessions by owner-seller/seller agents-broker, wherein owner-seller admits he purposely refused to disclose any "corrective" fix-it work to make the property saleable, and that realty agents-broker confessed to making up the entirety of the property condition description. Whatever.....

ENGLISH 101 : 3rd to 6th grade English

The following illuminates exactly what the judiciary has done, who did it, and one of the more visible end goals of their action. In the narrative, we will use only 2 PP sections from the Apcrt Mandate, but there are many more. Important wording highlighted in yellow, and the fraudulent property description, proofs of word meanings, applications, effects, using the words/wording the judiciary has altered....and constantly referencing specific Parts Of Speech, as related to this case. Forgive me if it gets "wordy".

Acting in concert and in support of the perpetrators of Felony Fraud Scienter in a real estate transaction, by perpetration of FUTC. I.e., AZ judges falsified/altered English-Grammatical-Linguistic-Lexicology-Lexicography, (hereafter **"EGLLL"),** to de-criminalize felony fraud by re-naming  "*parts of speech*"( Hereafter POS), i.e.,

"*a category to which a word is assigned in accordance with its syntactic functions. In English the main parts of speech are Noun, Pronoun, Adjective, Determiner, Verb, Adverb, Preposition, Conjunction, and Interjection".* Definitions from OXFORD LANGUAGES, Oxford Press 2019

Creating an idiosyncratic meaning to the "parts of Speech" of course violates 1st and 14th amendments, and also vitiates jurisdiction. Judges cannot make-up their

own language,( Rule 60 violation, Fraud Upon The Court:( FUTC ) and call it fact,

use it as a fact, and basis for judgement

PROOF of FUTC, 1ˢᵗ amendment violations. ie.:3rd· 6ᵀᴴ GRADE ENGLISH 101 BEGINS.

An overused epigram by Elizabethan Era writer John Harrington  spells

out the  "get-outta-jail-free-card" for acts of Felony Fraud in Arizona. To Wit:

*"Treason doth neuer prosper. What is the reason?,*
*for if it doth prosper,  Then none dare call it treason"*

TREASON, a noun, (like ROOF, AIR-CONDITIONER, SNEEZE, DUCK), from the

Latin *" tradere"* a VERB , because it bespeaks  actual action has occurred, meaning

*"to hand over"*...a verb representing action or activity, like the words

*"maintained"*, or *"remodeled"* or *"has"*, or *"been"* , or, *"run"*, *"repair"*, *"dance"*,

and  it's about *"prosper"*-ing...\$\$. A VERB, from the 14ᵗʰ century, meaning to

*"achieve economic success".*

Now, change the word TREASON to FRAUD,  a noun from the Latin VERB

*"frause"*, meaning to deceive or injure....again, **specific behaviors necessitating**

**an actual *"action"*** of some sort........and note, sans rhyme:

*"Fraud doth neuer prosper, what is the reason?...*
*for if it doth Prosper, then none dare call it Fraud"*

34

1  how doth Fraud prosper ? Easy, call it something else.

2

3  To do such, the courts, ie, Superior Court judge Dawn Begin, Appeal court judges

4  David D. Weinzweig, Kent E. Catani, and James P. Beene, knowingly violated their

5

6  sworn Oaths of Office and  changed the EGLLL, violating the 14th, 1st amendments,

7  AZ article 28. Rule 60-FUTC occurs when you make-up-alter meanings words of

8

9  English Language, and apply such to criminal acts. In this case, the judiciary

10  changed words that are VERBS:

11

12  , *"A word representing an action or event, words that show an action,*
   *occurrence, or state of being".*  Oxford/Miriam-Webster

13

14  i.e. Verbs are words of  FACT.

15  However, the judiciary members  called them Adverbs and Adjectives.

16

17  In English Language, Adverbs might be, but not always,  Adjectives with LY

18  added.: E.g.: .( E.g.: Adjective QUICK, Adverb quickLY ). And are:

19

20  *" a word belonging to one of the major form classes in any of numerous*
21  *languages, typically serving as a modifier of a verb, an adjective, another*
22  *adverb, a preposition, a phrase, a clause, or a sentence, expressing some*
23  *relation of manner or quality, place, time, degree, number, cause, opposition,*
24  *affirmation, or denial, and in English also serving to connect and to express*
    *comment on clause content words that usually modify—that is, they limit*
25  *or restrict( by opinion) the meaning of—verbs. They may also modify*
26  *adjectives, other adverbs, phrases, or even entire sentences."*
27  Oxford/Miriam-Webster.

28

1

2  Ergo: NOT WORDS OF FACT.

3  E.g.: John (noun) runs (Verb) rapidly (Adverb). OR, John (noun) Runs(Verb) rapid
4  (adjective)

5  In English, adjectives and adverbs are words of description which does not meet
6
7  the criteria for fact. E.g.: Person 1 may see john run slow , while person 2 says

8  John runs rapidly. HOWEVER, they can both agree that John is running (verb)

9  hence any adverb/adjective is, from the person describing.... an OPINION.
10

11  Words of Opinion have been designated by Courts as words of "Puffery". , i.e., "to
12
13  puff up", meaning to enhance.

14  The fraudulent property description contained both verbs and adverbs/adjectives,
15
16  however, any verbs in the description are either fact, or, fraud. ( Claim Etiology PP

17  1e ) Description, critical words in *bold*:
18

19      *"Beautifully **remodeled** block **home** within the Sweetwater Ranch
20      Estates. Second owners of this **home**, this singe story **abode has been**
21      lovingly **maintained**. Notice polished  Travertine floors and vaulted
        ceilings as you walk through the front door. Stained wooden interior
22      doors / baseboards are throughout the home. Sturdy  Silestone countertops
23      in the kitchen, along with contemporary stainless steel appliances.
        Enjoy unobstructed views of the refreshing pool and sitting area from the
24      kitchen. Enjoy separate Living and Family room. Plantation Shutters in most
25      of  the home. This   home **has   newer A/C units and a roof,** which should
26      provide  for low maintenance in years to come"*
27

28

1  CRITICAL  LANGUAGE-SPEECH VERBS emphasis in underlined bold

2
   **Both Supcrt/Apcrt did lie/fraud**, to rule for defendants, stating in    Apcrt
3
4  Mandate, ( PP 31 ), yellow highlight, :

5

6  " **¶31**  The court held the "beautifully **remodeled**" and "lovingly **maintained**"
7  statements **represented mere sales puffery**, which is **not actionable as fraud** or
8  **misrepresentation.** We agree. **A fraud claim** cannot be premised on mere
   **opinion.**  *Page Inv. Co. v. Staley*, 105 Ariz. 562, 564-65 (1970). The same is **true**
9  **for negligent misrepresentation**. *See McAlister v. Citibank*, 171 Ariz. 207, 215
10 (App. 1992) ("Negligent misrepresentation requires a **misrepresentation or**
11 **omission of A fact."**). The character of the statements as puffery or a
12 representation of fact is a legal question. *Cheatham v. ADT Corp.*, 161 F. Supp.3d
   815, 827 (D. Ariz. 2016). These are not concrete representations of fact; **they are**
13 **inexact opinions of an adverb- laden sales pitch."** (App PP 31 BOLD-UNDERLINES
14 = LIES/FRAUD ON COURT)

15

16 NOTE: The statement in grey highlight..NOT a legal question, is a $1^{st}/14^{th}$

17 amendments, AZ Article 28 language question. Court renamed parts of speech,
18
19 verbs into adverbs**.**

20 NONE of the three cases cited are applicable to Plaintiffs case, as the critical
21
22 language issues were missing, and none had to do with language application to a
23 structure condition description, non disclosure of structural defects, etc.

24
       **However**, Apcrt  stated in    PP 31 above, that:
25
26
27
28

                                       37

The ENTIRE description of the property-condition was "puffery" because the **VERBS** "MAINTAINED" and "REMODELED" were **re-classified** *"adverbs"*, or *"opinion"*. 1st, and 14th amendment / AZ Article 28 violations, and **( FUTC)**

The phrase *"has newer A/C Units AND a roof"* , i.e.,parts of speech in application,  components of  EGLLL of English,  were also "puffery". I.e., The False Postulate  application, to de-criminalize  Felony fraud (App   J  ) and FUTC.

<u>PROOFS</u>

"Puffery" concept, wherein, adjective or adverb (adverbs oft an adjective with LY added to words end )  added to any statement, to enhance, emphasize, or describe**:**

**1)**  A *<u>NOUN</u>*, 2) A *<u>VERB</u>*.  E.G.: 1) a LARGE *<u>pencil</u>*. 2) QUICKLY *<u>run.</u>*

A VERB, however, is  dictionary defined as:

> *"Verbs are* words *that show an action (sing), occurrence (develop),  Or  state of being (exist)."*   Oxford/Miriam-Webster

ERGO: Any verb....can be measured-replicated-defined with specific-criteria-standards, which can garner consensus, as fact, or, not-fact, by trier-of-fact-Jury, **not** as opinion.  E.g.: The plane crashed, or, did not crash. CRASH, easy to discern. Verbs, facts .

**Test for truth, FACT FINDING, the Brandeis way** , of abuse of power-discretion-purview-capability-cognizance, is via **REPLICABILITY**: (a NOUN):

38

*"the ability of a scientific experiment or trial to be repeated,*
*applied to obtain a consistent result-outcome." ( like Supreme*
*Court  decision, applicable to all).* Oxford/Miriam-Webster

**TEST** for veracity of Supcrt-Aocrt ruling-mandate paragraph 31 via **REPLICABILITY**

........in  **another real-life context:**

**RAPE: I**n English, a **NOUN,** from   Latin VITIUM VIRGINIS, or, **VERB** , from

Latin RAPTAE,  meaning rape-victim.

As NOUN, the word  names and identifies-by-name, specific condition or

event. Include any pro-noun as well. E.g. Pork, Screw, Nail, .....herein A/C, Roof, .

As **VERB**, RAPE, **confirms** an action-event-condition occurring, or occurred**,**

which  can garner consensus  as  fact, or, not fact, i.e., the condition of the

VICTIM(s) , and, what events-actions created  a Victim.

 **Applying 2 Arizona Courts, 4 judges, basis for *"PUFFERY"* judgement. A TEST ,**

**proof of courts corruption or, LEP**

IMAGINE: A Rape has occurred. Victim claims such. Police get to work.

Suspect  is captured. Trial ensues.

**Picture Now** a criminal trial of a RAPE perpetrator. A Prosecutor, in an

opening speech to the Jury, says:

*"This Predator (* a noun*) perpetrated ( **a verb***) a horribly*
*( adverb), brutal ( adjective)  , terrifyingly ( adverb)} vicious*
*( adjective) , **rape  ( VERB**)"*

39

OR, in replicability outcome testing :

*"This Dude (*a noun*) perpetrated (* **still a verb***) a cute (*adjective*),*
*lovingly* (an adverb*), wistfully (adverb )   Beautiful (*adjective*)*
*, rape (***verb***)"*

**APPLY The Arizona Supcrt/Apcrt/Supremes (11 judges) BEST**

**thinking/application of law which they applied to Plaintiffs case.**

All  rapists' defense attorney need do to successfully object to the above

prosecutors' statements, and get a dismissal, is say:

*"Objection,  prosecutors' statement is naught but an* **" adverb laden**
**sales pitch"**  ( PP 31, lines 9-10 ) *to the jury. Therefore, puffery,*
*therefore, no   crime occurred, and plaintiffs case, must, necessarily,*
*be dismissed under the courts postulates  and precedents of  applied*
*PUFFERY".*

ERGO: NO CRIME. No rape occurred. Rape defined as puffery,  might mean

anything from "sudden fondness" to "enthusiastic attraction". Certainly an

opinion.

Now apply the same thinking to murder.

**What would YOU tell the Genovese family?**  ( 3/13/1964 ) ( People V Moseley

43 Misc.2d 505 (1964)

40

Will convicted rape perpetrators, be allowed dismissed criminal verdict on appeal ?, if attorney objects-appeals conviction on grounds of "PUFFERY".? Consider issuing a public warning.   Future rape perpetrators?

Petitioners case point is not how the rape was perpetrated...."*brutally*", or "*lovingly*", but if **it occurred , or, did not occur**, and proof of such.

According to the Supcrt-Apcrt on case, if ANY word, defined as, or meets the criteria for, either adjective or adverb, then the VERB ("rape" or "has", or "Maintained", or "Remodeled") or NOUN ("Rape" or "roof", or "A/C Units") in same grammatical structure of description, must, in it's entirety, be labeled and dismissed as "PUFFERY".....( AZ-28, US-1st, 14th, 1343,1985, 241,242, 1983 )

Of course, if language between civil Court for fraud & breach of contract, and criminal Court for felony rape, utilize two different kinds of English language, i.e., use of adjectives-adverbs, and VERBS, in a criminal prosecution is treated differently than the wording in a civil Court, that would be US-1st & US-14th AZ-28 violations.  The Governor should issue a warning !.

Clearly, planning-intent.......of the Supcrt-Apcrt, ( 1343, 1985, 1983, 241, 242, AZ-28, US-1st/14th ) as a basis for a finding/decision/judgement on the Case in Chief, was to decriminalize the acts/ behaviors of defendants.  Supcrt-Apcrt, refused to acknowledge the VERB(S) **bold-print-below** within defendants'

41

specifically worded-detailed-fraudulent publihed-statements of property condition:

> "THE HOUSE ( a noun) **HAS** ( a transitive verb meaning: to
> contain or belong with) **BEEN** ( transitive verb   meaning:
> to have occurred) : ..*Beautifully* ( adverb)   *remodeled"*
> (verb)*,"**HAS**   ( verb) **been** ( verb) lovingly (an adverb)*
> ***maintained"** .(verb**).... " HAS (** verb**) newer (adjective)*
> *A/C units (Nouns/Pro-Nouns ) and (conjunction)*
> *a roof (noun),( note comma) which should   provide*
> *(verb) for low (adjective) maintenance( verb) in years*
> *to come"*

In replicability.... like the rape-case, change  adverbs and adjectives.

> "THE HOUSE HAS BEEN : ..***horribly* (** adverb)  *remodeled" .,*
> *"HAS been **hatefully** (* adverb) *maintained"**.... " HAS **older**
> (adjective) A/C units and (CONJUNCTION) a roof, which*
> *should  provide(verb) for **High**  (Adjective) maintenance*
> *in  years  to come"*

Still Puffery?, still adverbs?. still verbs ? **Parts of speech and their meanings do not change to suit a specific judge or Court or case.** The case-point, like the rape replication above, is not whether the house was maintained, remodeled, or repaired *lovingly* or *hateful*ly, but rather, was it maintained, remodeled, or repaired at all.

Ignoring words of ***"puffery",*** and test for  fraud , per   **VERBS**, as follows:

42

*The house **has been** ~~Beautifully~~ **remodeled**, and ~~lovingly~~*
***maintained**, **has** newer air conditioners and a roof, (*note
location of the comma after the word "roof"*)*

An *"honest court"* test for fraud V opinion-puffery is to answer two
questions

1 ) Has the house been **remodeled ?**

8 ) Has the house been **maintained**.?

By definition, MIRRIAM-WEBSTER DICTIONARY,  VERBS in #'s 1 and 2

above mean:

MAINTAINED: " *to keep in an existing state* (as of repair, efficiency, or
validity: *preserve from failure or decline"*

REMODELED:*" To alter the structure of : to remake.  To cause* (living
tissue) *to undergo structural reorganization. Alteration, or renewal"*

Both words have the inherent meaning of *"actions"* via VERBS, which have

industry or consensus criteria, can garner consensus from a Jury as fact, or, not

fact. They are **not**  *"opinions".* NOT ADVERBS. This is English 101. Arizona Judges

speak English, read, write English. They knew exactly what they were doing.

Arizona Courts made sure actual evidence never reached a jury.( 7th amendment

deprivation? ) **Hence: Fraud Upon the Court, by the court.  Judgement is VOID**

The Supcrt/Apcrt lied, ( PP 30,31,32,33,18,  when  they labeled  VERBS,

"REMODELED" and "MAINTAINED" as   Adverbs. (App A PP 31)

43

That leaves balance of fraudulent property description, ( PP #32,33) the Apart

sought to keep un-answered by Petitioner ( 5th-14th amendment violations

specified in App B , page 5, # 9 ) The age of the roof.

"........ HAS newer A/C units and a roof, which should
provide for low maintenance in years to come"

BUT FIRST, **proof 1** of **fraud-scienter**-intent by defendant seller et.al..

Consider: View houses for sale via internet. Realtors, in advertising, flyers,

draw attention to/or highlight, any feature that would make property

more desirable. More saleable, raise sale price. Herein, it was words

representing a condition of the "ROOF".

Saying something about the roof that increases

desirability/value, e.g.: "New Roof", "Newer roof", "Slate roof", "Plexi-

glass roof". They certainly would **not** say anything like:

"This house comes with an original 30 year old roof which has suffered
multiple leaks and damages and had never been repaired",

or, "this house has no roof". Photos in advertisements would be obvious if

the house was missing the roof.....certainly noticeable when buyers

viewed the property. So, why draw attention to the roof, just like the

property description above, worded to draw attention to: "silestone

44

1   *counters, wooden doors and baseboards, shutter's, stainless,"* etc,etc.

2

3   unless it was to enhance/increase  desirability/value of the property, with

4   its NEWNESS ! Roof Newness = + $$

5

6        The age of roof  and  air conditioners, again, REFUSING to conduct

7   Court or judgement in actual English,  Supcrt-Apcrt did lie/fraud when they

8   made up their own language  application to declare statement, "puffery",

9

10  stating in Apcrt Mandate (App A PP 32)  YELLOW highlight

11  " ¶32 Buyer also points to the MLS description of a "newer" roof. At oral

12  argument, Buyer's counsel argued the "reasonable definition" of "newer" in the

13  real estate context means the roof was less than "five, six [or] seven years old."

    The superior court, however, found that "newer" is a relative adjective that

14  derives its meaning from comparing two or more items; the term has no concrete

15  meaning standing alone. We agree. As presented, "newer" has no concrete

16  meaning—it might indicate the roof was installed in 1990 or just last month; or it

17  might be an opinion of someone who thinks a 20-year-old roof is still "newer" or

18  "newish." The statement is not one of material fact **unless tethered** to another

19  roof; **for instance**, the roof might be "newer" than the original roof."

20

21  **NOTE:** Apcrt specifically used the word "TETHERED": A **VERB**, from pre 1100's

22  Old Norse *tjóthr*,  a Germanic base meaning **'fasten'**., and meaning in American

23

24  English:

25        *"To fasten, or restrain by, or, as if by a tether"(connected to/anchor).*
26            Oxford, Mirriam-Webster, Dictionary

27

28

                                        45

**By** function, in the English Language, part-of-speech**,** a **"Tether"** is called and

defined as a  **conjunction.,** a word, used in law of **"joinder"** To wit:

> **CONJUNCTION: "***an uninflected linguistic form that **joins together**
> **sentences, clauses, phrases, or words, s***ome  **common conjunctions**
> *are "**and,**" "but," and "although.*"; the **act or** an **instance of** conjoining *:*
> *the **state of being** conjoined (tethered) the action or  an instance of*
> *two or more events or t**hings occurring at the same point in time or**
> **space.**; occurrence together  in time or space.; used as **a function word**
> **to indicate connection (** 'tether'**)** or addition especially of **items   within**
> **the same class or type** —**used to** join sentence elements of the **same**
> grammatical rank or **function."**  (Oxford/Mirriam-Webster, Dictionary)

The most common form of conjunction used to "bind"/Joinder two

Of anything, actually from ) before the 12th century, in the meaning

defined  above from Frisian "*anda*" ..i.e.in English: "AND" .


To make the ACTUAL English parts of speech in the fraudulent property

condition-representation easy to visualize, in application, I have, below:

1 Underlined words which meet criteria for  "puffery", i.e., opinion,

   **adverbs** and/or **adjectives**

**2** **BOLD CAPITALIZED  VERBS,** (criteria for  finder of fact-jury, i.e.,

plane **CRASHED**, or, did **not CRASH**. Jane was **Raped,** or, **not**  Raped)

3  *SCRIPT CAPITALIZED  NOUNS -PRONOUNS*, ( The  subjects of verbs,

   adjectives, adverbs, e.g. WHALE, ROOF, A/C UNITS)

4  **Highlighted in TURQUISE**, one critical word....from  actual EGLLL

taught in 3rd--8th Grade and beyond, in English, a **CONJUNCTION**.

(Law courts use the words joinder, joindered, tethered) before the 12th

century, in the meaning defined  above from Frisian "*anda*" ..i.e. "AND"

5  Grey-highlighted the "*representative-adjective*" referenced to an 18

    year old roof "patch" as some type of magical basis to excuse their

   basis  for judgment  against a tethered-conjunctioned-joindered the age

   of roof  to that of the Air Conditioners (A/C Units).

TO WIT:


    "THIS *HOUSE* HAS BEEN.....*Beautifully* **REMODELED**....
    , **HAS BEEN** *lovingly* **MAINTAINED**.... **HAS** *newer A/C*
     *UNITS*  **AND** *A ROOF;* (note the comma) which
     **SHOULD PROVIDE** *for* low  **MAINTENENCE** *in YEARS*
     **TO COME**"

   APCRT REFUSED-BLOCKED Plaintiff ability to argue that the property

had *"newer a/c units"*  , and have a metal manufacturer's tag dating them

**5 years old at time of sale**, plus **MLS** stated date, **JOINDERED**-TETHERED

(verb) by the CONJUNCTION-word, *"and",* to the age of the "newer" roof,

supersedes  any  application  of      *"relative  adjective"* ,  or,  the

court's/defendant's claims of a "newer roof" being significantly older than

47

5 years, lines 4-5) that Supcrt-Apcrt references to justify  decision. (Two items, line-5, underlined, roof and A/C units)

ERGO: CONNECTED by  CONJUNCTION-TETHER WORD "AND", confirming "newer" roof, as  same age as "newer" a/c units. IT'S THE ENGLISH LANGUAGE IN AMERICA.   Supcrt-Apcrt knew  A/C units date of installation from MLS  public posting, and thy read the word AND in the description.

Grammar-punctuation, taught in elementary school, confirms  the connection/joinder/tether of a/c units and roof., the COMMA between JOINDERED-CONNECTED-TETHERED (App A PP 32 )......

> "..newer air conditioners AND a roof ,"  ( App A PP 32
> and the added description about "low maintenance".

...... and The "low-maintenance" description that follows a comma, which separated the fact section wording,( verbs ) from "puffery section. Petitioner agrees, wording following  comma, is puffery-ish.  The **guarantees of fact**,  in  the English Language, were the  **words before the comma.** IRREFUTABLE FACT.....OR, IRREFUTABLE FRAUD. ( Etiology PP 1e ) It's the American English Language. As proof of fraud it is irrefutable.

48

1
2
3
4
5
6

Lastly....and laughable, the Realtor-broker confession, ignored by both Supcrt and Apcrt, Surms, that the entirety of the published property condition was not fraudulent, but nothing more than " a grammatical error".......Think this through:

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

2019 Oxford Dictionary contains 218,632 English words, each made from the 26 letters in the English alphabet. The fraudulent Property description was 99 words totaling  532 letters. That means, that for every  word, the writer had 26 letter choices to make, for every letter, used to create every word, to create the description.. That means the writer made some 13,832 separate and deliberate " error" choices of alphabet selection to create the 99 word description. That means that the defendants had 218,632 words to choose from, for each of the 99 words, or, 21,644,568  volitional and deliberate word  choices . If we calculate the number of possible orders of appearance, for each word in the description, the math gets really crazy ! . Very planned wording.

22
23
24
25
26
27
28

SO, Realty defendants   "grammatical error" with the words selected, made from error-letters floating in his brain, by chance, so that all the letters formed words which appeared in the order they were published, by chance, is one in 21,644,568 X 21,644,568 , or, **1 in 468,487,323,906,624**. Of course, the process, outcome, is a behavior 2ndary to intent. Behavior is always the final arbiter of

volitional intent. Defendants use such phrase regularly, so they knew what they would write before they ever wrote it. I.e., it had  planned, pre-meditated intent , to increase sales price value. Scienter! The Judges knew this, as they had, by the words to base and justify their rulings, had proclaimed themselves Masters Of English Grammatical Linguistics, Lexicography, and Lexicology.

Ergo: Felony Fraud Scienter.

08/24/23

LAWRENCE SEIDMAN

50

## What I would Like the Court to do

1 ) Ideally ?, I would like the court to look over the attached documents, and inform me.....I know can do nothing officially....but in a casual collegial call, let me know if you, the court, see that I have a solid case, or, it will just be a waste of time, money, physicality. Ideally, I would be able to submit to you one other document, it is the Appeals Court Mandate, However, I have, in RED LETTERING, noted every statement made by the judges which conflicts with other statements on same issue, fabricated "facts", ( two such noted in English 101 ) all the incorrect statements as to dates of events, and how, they completely ignored, as did Superior court judge, the confessions to felony fraud made by the realty broker-agents and the confession of owner seller of property admitting he purposely refused to disclose critical information which, per the named judges own rulings in a case one year earlier, called for a Breach Of Contract , which judges refused to apply to my case.

2 ) With my current age, and physical....condition.....It would save me a lot of physical pain and dysfunction if, before setting the case for a jury trial which, with all the rig-a-ma-role, will drag things out....I'm close to 80, and don't know how much time is left, , I would want the court to make note of the issues, especially

51

the actions of the judiciary with the English Language distortion, and the fact that

all of the actor-agents-agencies of State, County, City, violated their Oaths of

Office, to do nothing (0) to support the US Constitution, Arizona Constitution, and

all the codes and categories of civil rights and protections each mandates.....or

enforcing existing State law, and whose actions  so far has cost me 10 years of my

life, and recommend to the defendants, that they find a way to make settlement,

sooner rather than later, as a courtesy to an old man.... maybe one of the three

ways Plaintiff spelled out in his Notice of Claim to AG Mayes.........OR,  Court grant

summary judgement in favor of Plaintiff. I'll try and make a motion.+

And yes, I obsess.... Felony Fraud Scienter, ....scienter as they attempted to

murder my child by slow poisoning, me as well...just to get a signature on a sales

contract, with **all the actor-agents-agencies** noted in the CLAIM-ETIOLOGY

section. Defendants, willing accomplices after the fact , in their efforts to cover up

the actions and protect  the original perpetrators....

3 ) I would want the court to rule in my favor, or rather, in trial by jury, in light of

evidence, suggest to jury the importance of the stopping the corruption of the

English language done by the judiciary.... how serious the issue of language-

52

definition-alteration is..... and the conspiracy by all State, County, City actor-agents-agencies to deny civil rights of Petitioner for their own personal gain.

I am from a different discipline, and my immediate experience of people based on behaviors allow me to make sort of "off the cuff" diagnosis. Noting the behavior of the judges involved.....and the seven who, after noting the language issues and confessions....assuming they could make the connections....all show a specific for of pathology....forms of psychopathy......which explains why the behaviors are causative of this current activity.

......Brandeis wrote much about such behaviors by judges....and we've all heard the phrase "Absolute power corrupts, absolutely"....I can in cross-X of judges make that visible, although, easier to do it just from the paperwork.....but it worried Brandeis....how courts of law become courts of anarchy.....based on "feelings of entitlement", a behavioral marker in my discipline....and indeed, comments about judge Bergin are all over the internet, for just that.....so..per Brandeis.....each court a separate fiefdom with its own language of law, interpretation of law and self serving policy,.... and judges become "Rulers", and rule by whim, or bias, or "under orders" ....of State policy.......And then....., in the blink-of-an-eye,...... we're in 1936 Berlin...or 1924 Moscow....

53

And note to the jury, the importance of the 14th amendment, and when a city, a

county, a state, as a matter of policy, conspires and acts out a plan to deny

assorted civil rights to citizens, to sacrifice the citizenry, to gain the benefits,

financial or otherwise, that keeps them in the positions of control, where they can

continue the policies and stay in control, power, office......yes, it's a trade....the

"regular" people who live down here at "street level" with our regular lives, V the

"kingmaker",  individuals or industries whose money fuels the political machines

whose orders....in this case...Refuse to Investigate and enforce the laws of felony

fraud against realty industry defendants. The proof......Behavior is always the final

arbiter of intent, and it is irrefutable.....keep it up and again, ....in the blink of an

eye, we're in 1933 Berlin.....or 1924 Moscow.



Be nice if the court noted that to the Jury.

Thank you.

Lawrence Seidman
08/23/23

54

SECTION V.   RELIEF

I have attempted, for almost 10 years, to get someone to actually enforce the

laws of Arizona, do an investigation, take appropriate action. All persons I

contacted refused.

   Civil suit stuck me in courts with pathologically corrupt judges. Now, I'm here,

and asking you.

   Either use your powers to motivate the appropriate actor-agents-agencies of

State, County, City to enforce the law, against the original perpetrators, or for

Jury trial, be an honest and fair, by-the-law kind of court.

   For recompense, I have attached an itemized statement of costs and losses

2ndary to crook AZ Judiciary, and, government folk refusing to do their job. It has

cost me my life's savings. I have not been able to assist my daughter in a most

beneficial parental manner, because the money isn't there anymore. It's gone to

costs on the attached itemized statement.

I have added about 4 million in punitive's.....well, actually, for the hours I have

been obsessing and studying law, when I'm able to remain in sitting position to

read, or use hands and fingers to type, for this case, for the amount of years-

hours, it's only $ 200.00 per hour.....about 1/4 to 1/3 of what attorneys charge

these days....actual combined out of pocket and incurred debt and loss of drained

investment, to cover legal fees and continue to live, I'm out about

$ 2,149, 958.50......

And punitive for the "pain and suffering", except...physically, I actually have

elevated pain and mobility diminution, with sleep disordering, 2ndary to the

stress all of getting actual investigation and actual justice for my plight.

Might be good idea if all judges, police, mayors AG's whomever, posted a charge

list for the public. So, the citizens in need know how much to pay to purchase

justice. So far, I've paid $ 2,149,958.50. and now I'd like it back., and I'm running

out of lifespan !

I think, big punitive's might have a beneficial effect on government. It may make

choice....between big $$$ election campaign and gratuity financiers....or big

punitive's....I still remember all the people that died in Arpiao's "restraint chair"

at the jail, or because no one would give them their medication....look up the

Charles Agster case.....and how many deaths before they removed the chair? Or

the "check-in" process ? Big punitive's didn't seem to matter. All taxpayer dollars

anyway, yes ? But maybe if the citizenry were aware, they might vote more

responsible persons into office...AG's, County Atty's, Mayor's, City Council, and such.

Please review itemized statement.

1

Money want 2/19 23

2

5/15/21 TO Femenia 6/21/22 ...................................NOW, CURRENT 08/16/23

3

4

John:

5

UPDATED WINDROSE EXPENSES.

                as of:  2/16/17                                                        as of:    8/23/17

6

7

LEGAL.............................................. $ 138,830..07... + $ 130,607.10 .........................................$ 269,437.17

CONSULTANTS..................................................   60,202.14   +   12,677.15.............................................. 72,879.29

8

HOUSE FIX ........................................................ 137,208.00   +      65.00..................................................137,273.00

9

DOWNPAYMENT, CLOSING COSTS, ETC........... 142,000.00   ................................................................... 142,000.00

10

PLUS 2ND BATH ROOF REPAIR........................... 1,500.00, ...............................................................1,500.00

11

insurance, maintenance, costs,-assorted......118,999.38   +       11,864.31................................................130.963.81

12

   SUB TOTAL A..........................................$   598,739.59.........................................................................$ 754,053.27

13

WE CAN REMOVE DOWNPAYMENT # BECAUSE I SOLD HOUSE............................................................. - 142,863.54

                                                   NEW     SUBTOTAL A = 611,189.73

14

15

16

17

**HOUSE FIX BREAKDOWN**

Materials purchased by labor crew:.........................................................................$ 17, 848.31

18

Recent roof patch, materials and labor...........................................................................1,500.00

19

Materials Purchases on my AAA-Visa...     .....................................................29,267.03

20

Materials Purchases on my LTS-Visa.....................................................................2,027.50

Direct labor-crew costs..............................................................................................82,565.29

21

                       SUB TOTAL A# 1   ...............$ 133,208.13

22

There is another $ 4,000.00 in-cash outlay Major tree removal,

23

concrete delivery guy X 2, etc., etc.................................................................4, 000.00

24

                       SUB TOTAL A# 2.......................$ 137,208.00

25

26

27

28

58

see PAGE 2 ADDENDUM

## PAGE 2 ADDENDUM

OPERATIONAL EXPENSES to 2/22/2017. Will increase by 8/23/17

**8/23/17**

Home Warranty... 2 companies, 2 , 1 year on one, 4 years on the other........$ 5,762.98 + 600.72 ...........= 6,363.70

Property Taxes............................................................................................................. 11,491.46 + 1536.11......= 13,021.57

Pool Maintenance.........................(rounded off monthly X 4 years).....................6,215.24  + 919.38...  ..= 7,134.62

HOA fee............................................................................................................  1,256.00  + 160.00.......= 1,416.00

Palm trimming and assorted tree control ( part of the 4K in cash expense)...... 1,050.00  + 210.00........= 1,260.00

Home insurance............................................................................................... 9,451.00  + 1097.35....= 10,648.47

MONTHLY MORTGAGE-ONGOING........................................................................$  79,352.70 + 6,840.75....= 86,193.45

Average water PORTION to maintain landscape and pool.......................................4,.420.00 + 500.00.........= 4,920.00

2/22/17..................... SUB TOTAL B..................$ 118,999.38...

NEW 8/23/17 SUB TOTAL  B  = ....$ 130,957.81

see addendum page 3

59

**PAGE 3 ADDENDUM**

# NEW INVESTMENT YIELD LOSS CALCULATION 8/23/17
## calculated @ 6% <u>no monthly compounding</u>, 53 months

ON $754,053.27........................= $ 199,824.11
TOTALS COSTS PLUS INVESTMENT LOSS= $ 953,877.38 **WITHOUT
ADDING IN MORTGAGE DIFFERENTIAL BETWEEN THE TWO
PROPERTIES 2NDARY INCREASED MORTGAGE RATES. PAGE 4**

MORTGAGE DIFFERENTIAL.
MORTGAGE WINDROSE: $ 1,368.15 per month X 30 years = $ 492,534
129th WAY (the new one) $ 1,725.35 per month X <u>30 years = $ 621,126</u>

MORTGAGE DIFFERENCE, ADDITIONAL monthly mortgage  EXPENSE
= $ 128,592.00

<u>SO,</u> total damages including additional mortgage expense is:

$ 128, 592 + TOTALS COSTS PLUS  INITIAL INVESTMENT LOSS of
$
953,877.38

# NOW EQUALS: $ 1,082,469.30
ADD in 1) CONTINUED LOSS OF INVESTMENT X 4 years at 6% =

2017:$1,082,469.30+ 2018:6%=1,150,417.80 +2019 6%=1,219,442.80+
2020: 6%=1,292,609.30 + 2021 6%=1,370,165.20, +2022 6%=
$ 1,452,374.60 + ....................................................................2023 6%=1,631,888
NOTE: FINANCIAL LOSS on liquidated retirement investments
Simple monthly compounding =..........................................................$ 262, 512.00

PAGE 4

Continuing debt to atty: add: $ 158,750.04 X interest at 10%...
                              simple compounding 4 years =............. $ 255,558.50

                                                    SUB TOTAL=    $ 2,149,958.50

8 years of stressed legal research leading to this moment.=
8 X 365 X 8 hours PER DAY ( ACTUALLY 15)
X 200 per hour =................................................................................$ 4,672,000
TOTAL DAMAGES/LOSS................................................................$ 6,821,958.50

THE GIMMEE:     $ 6,821,958.50

Thank you for your time and attentions...
                                    08/23/23
Lawrence Seidman
480-443-0598

61