# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lawrence Seidman,<br><br>            Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>            Defendants. | **NO. CV-23-01768-PHX-GMS**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 15, 2024, which granted the Motion to Dismiss, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

                                          Debra D. Lucas
                                          District Court Executive/Clerk of Court

November 15, 2024

                                          s/ K. James
                              By   Deputy Clerk